IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 08-3210-CV-S-RED |
| | ) | |
| BRENT REED, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Comes now Ian A. Lewis, Assistant Federal Public Defender, and hereby enters his appearance as counsel on behalf of defendant, Brent Reed, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

June 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**