Brent Reed
07765-112
USMCFP
P.O. Box 4000
Springfield, MO 65801

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
1400 U.S. COURTHOUSE
222 JOHN Q. HAMMONS PKWY
SPRINGFIELD, MO 65806

OFFICIAL BUSINESS

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0003182615
$ 000.46⁰
JAN 10 2014
MAILED FROM ZIP CODE 65806

RETURN TO SENDER
- [x] NOT AT THIS ADDRESS
- [ ] UNKNOWN
- [ ] REFUSED – NO AUTHORIZATION ON FILE
- [ ] NEED CORRECT NAME AND REG. NO.

[redacted]

[redacted]

[redacted]